Herbert H. DeFrates, Administrator of Estate of Herbert F. DeFrates, Deceased, Appellant, v. W. C. Rowland, Public Administrator for Hancock County, Administrator of Estate of Loren Haigh, Deceased, Appellee.

Gen. No. 9,688. 

 Heard in this court at the May term, 1950. Angell & Garretson, for appellant; Homer H. Williams and John W. Williams, for appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full. Opinion filed May 22, 1950; released for publication June 17, 1950.